UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

10 CIV. 8530

MAKAU NZOMO

*(In the space above enter the full name(s) of the plaintiff(s).)*

# COMPLAINT

**-against-**

NEW YORK CITY

Jury Trial: ☑ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
NOV 02 2010
PRO SE OFFICE

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name MAKAU NZOMO
Street Address c/o DAVID LEVENE 155 W 68 ST #1909
County, City NEW YORK
State & Zip Code 10023
Telephone Number

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name NEW YORK CITY
Street Address
County, City
State & Zip Code
Telephone Number

Defendant No. 2
Name
Street Address
County, City
State & Zip Code
Telephone Number

Defendant No. 3
Name
Street Address
County, City
State & Zip Code
Telephone Number

Defendant No. 4
Name
Street Address
County, City
State & Zip Code
Telephone Number

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 1ST, 4TH, 5TH AND 14TH AMENDMENTS ACTIONS FOR VIOLATIONS OF CIVIL RIGHTS PURSUANT TO 42 U.S.C § 1983.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship

Defendant(s) state(s) of citizenship

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur?

75 ALLEN ST. NEW YORK, NY 10002

B. What date and approximate time did the events giving rise to your claim(s) occur?

NOVEMBER 3, 2007 10:30 PM

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

C. Facts: ON NOVEMBER 3 2007, THREE NYPD OFFICERS (WHO WERE LATER JOINED BY TWO SERGEANTS) ENTERED MY RESIDENCE WITHOUT A SEARCH WARRANT AND CONDUCTED A THOROUGH SEARCH OF THE PREMISES (INCLUDING KNOCKING DOWN LOCKED DOORS) SEIZED PROPERTY AND THEN ARRESTED ME ON FALSE CHARGES. THE CHARGES WERE LATER DISMISSED IN STATE CRIMINAL COURT. THE NYPD OFFICERS PRESENT AT THE ILLEGAL SEARCH AND SEIZURE WERE: OFFICER WHEELER, OFFICER LANG, OFFICER FAMIANO, SERGEANT CRUMMITE, AND ANOTHER SERGEANT - JOHN DOE. THEY WERE ALL FROM THE 5TH PRECINCT. I WAS PROSECUTED MALICIOUSLY IN THAT THE DISTRICT ATTORNEY KNEW, FROM THE START, THAT THE CHARGES WERE FALSE AND THE ARREST UNCONSTITUTIONAL, BUT NEVERTHELESS, CONTINUED IN THIS BAD FAITH EFFORTS TO CURTAIL MY FREEDOM. DURING THE ILLEGAL SEARCH AND SEIZURE, THE OFFICERS ALSO VIOLATED MY RIGHT OF FREEDOM OF ASSOCIATION BY COMMUNICATING THREATS OF ARREST TO ALL PRESENT INDIVIDUALS. THE ACTIONS OF THE NYPD OFFICERS WERE A CULMINATION OF MONTHS OF HARASSMENT FROM THE SAME FOUR OFFICERS AND IN ALL THOSE PRIOR INCIDENTS I CALLED NYPD INTERNAL AFFAIRS AND THE 5TH PRECINCT IN AN EFFORT TO STOP THE HARASSMENT,

## IV. Injuries:

WHICH AT TIMES INCLUDED PHYSICAL ABUSE, TO NO AVAIL. I ALSO CALLED THE MANHATTAN DISTRICT ATTORNEY AND THE FBI.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I WANT THE VIOLATIONS OF MY RIGHTS TO BE ADDRESSED IN FEDERAL COURT WHERE I'M REQUESTING A JURY TRIAL.

I AM SEEKING $100,000,000 COMPENSATION FOR THE VIOLATION OF MY RIGHTS, FALSE ARREST, MALICIOUS PROSECUTION AND FOR THE UNINTENDED CONSEQUENCES OF A FALSE ARREST.

I AM ALSO SEEKING $500,000,000 IN PUNITIVE DAMAGES FOR THE RECKLESS DISREGARD OF THE CONSTITUTION BY THE NYPD, AN AGENCY OF NEW YORK CITY GOVERNMENT

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 2 day of NOVEMBER, 2010

Signature of Plaintiff [signature]

Mailing Address c/o DAVID LEVENE
155 W 68 St. #1909
NY, NY 10023

Telephone Number ____________

Fax Number *(if you have one)* ____________

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of ____________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ____________

Inmate Number ____________