UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKAU NZOMO

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

NEW YORK CITY
OFFICER WHEELER
OFFICER LANG
OFFICER FAMIANO
SERGEANT CRIMITZ

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-1-2013

2ND AMENDED COMPLAINT

Jury Trial: ☒ Yes   ☐ No
(check one)

10 CIV. 8530 (RA)(JLC)

I.  Parties in this complaint:

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  MAKAU NZOMO % DAVID LEVENE
             Street Address  155 W 68 St. #1909
             County, City  NEW YORK
             State & Zip Code  NY 10023
             Telephone Number

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1    Name OFFICER WHEELER
                   Street Address 100 CHURCH STREET
                   County, City NEW YORK
                   State & Zip Code NY 10007
                   Telephone Number 212 788 0303

Defendant No. 2    Name OFFICER LANG
                   Street Address 100 CHURCH STREET
                   County, City NEW YORK
                   State & Zip Code NY 10007
                   Telephone Number 212 788 0303

Defendant No. 3    Name OFFICER FAMIANO
                   Street Address 100 CHURCH STREET
                   County, City NEW YORK
                   State & Zip Code NY 10007
                   Telephone Number 212 788 0303

Defendant No. 4    Name SERGEANT CRIMITZ
                   Street Address 100 CHURCH STREET
                   County, City NEW YORK
                   State & Zip Code NY 10007
                   Telephone Number 212 788 0303

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

     ☒ Federal Questions        ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 1st, 4th, 5th & 14th AMENDMENTS TO THE CONSTITUTION ACTIONS FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 U.S.C. § 1983

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____

Rev. 5/2010


**III.  Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur?  _____
75 ALLEN STREET NEW YORK, NY 10002

B.  What date and approximate time did the events giving rise to your claim(s) occur?  _____
NOVEMBER 3, 2007   10:30 PM

C.  Facts:   SEE ATTACHMENT

[sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

**IV.  Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  _____

SEE ATTACHMENT

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

SEE ATTACHMENT

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _1_ day of _MARCH_, 20_13_

Signature of Plaintiff _[signature]_

Mailing Address   MAKAU NZOMO
                  % DAVID LEVENT
                  155 W 68 St. NY, NY 10023

Telephone Number

Fax Number *(if you have one)*

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/29/12

MAKAU NZOMO _____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

AMENDED
COMPLAINT

-against-

NEW YORK CITY _____

_____
_____
_____
_____
_____
_____

Jury Trial: ☒ Yes   ☐ No
(check one)

10 Civ. 8530 (LTS)(JLC)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

2012 JUN 29 PM 1:35
CITY OF N.Y. LAW DEPT
OFFICE OF CORP. COUNSEL
COMMUNICATIONS UNIT

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   MAKAU NZOMO % DAVID LEVENE
            Street Address   155 W 68 ST # 1909
            County, City   NEW YORK
            State & Zip Code   NY 10023
            Telephone Number _____

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   NEW YORK CITY
                  Street Address   100 CHURCH STREET

Rev 05/2010

County, City __NEW YORK__
State & Zip Code __NY   10007__
Telephone Number __212  788  0303__

Defendant No. 2   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 3   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 4   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal Questions          ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __1st, 4th, 5th & 14th AMENDMENTS TO THE CONSTITUTION   ACTIONS FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 U.S.C. § 1983__

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

    Plaintiff(s) state(s) of citizenship _____
    Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? _____
75 ALLEN STREET NEW YORK, NY 10002

B.   What date and approximate time did the events giving rise to your claim(s) occur? _____
NOVEMBER 3, 2007 10:30 P.M.

C.   Facts:   SEE ATTACHMENT

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

IV.   **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

SEE ATTACHMENT

Rev. 05/2010

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

SEE ATTACHMENT

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of JUNE, 2012

Signature of Plaintiff  *[signature]*

Mailing Address   MAKAU NZOMU
%o DAVID LEVENE
155 W 68 St. #1909 NY, NY 10023

Telephone Number

Fax Number *(if you have one)*

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

MAKAU NZOMO -against- NEW YORK CITY

### III C. Facts

On November 3, 2007, three armed plain clothes NYPD officers; Officer Wheeler, Officer Lang and Officer Famiano entered my residence, where I also ran a popular cafe, without a search warrant and conducted a thorough search of the premises (including kicking down locked doors) and seized my property. A few minutes later they were joined by their supervisor, Sergeant Crimitz, who was uniformed and armed. Not long after that another officer, more senior than the sergeant, arrived and was given a tour of the premises for his approval. Sergeant Crimitz then grabbed me and ordered Officer Lang to handcuff me. I was not informed of why I was being arrested. I was transported to the 5th precinct police station in a marked police car in the company of Sergeant Crimitz and the senior police officer.

The illegal search did not produce a single act of illegal activity or contraband. In their criminal complaint against me the Officers lied about the reason for entering my residence and made up charges out of thin air. I was prosecuted maliciously in that the assistant District Attorney knew or should have known, from the start, that the charges were false and the arrest unconstitutional, but he nevertheless continued in his bad faith efforts to curtail my freedom.

1

All the charges were later dismissed in state criminal court and the arrest was voided.

During the warrantless search and seizure, the officers corralled my customers and guests and ordered them to leave the premises immediately and told them that if they ever returned they would be arrested.

The actions of the NYPD officers were a culmination of months of escalating harassments from the same four officers. In prior incidents I called the 5th Precinct and NYPD Internal Affairs Bureau in an effort to stop the harassment, which at times included physical abuse, to no avail. I also called the Manhattan District Attorney and the FBI.

One morning in December, 2006, Officer Famiano, then a truant officer, screamed at me asking me for my age. I gave my ID to his partner who then gave it back to me but as I sat down Officer Famiano screamed again for my age. When I reminded him that his partner had already seen my ID he threatened to arrest me for no reason at all but his partner talked him out of it.

One day in spring 2007 as I was taking a nap, Sergeant Crimitz woke me up and proceeded to frisk me, Officer Wheeler searched through my belongings while Officer Lang stood guard. Sergeant Crimitz wanted to know who I was and what I was doing in my own place.

In summer 2007, I confronted Sergeant Crimitz and asked him why he was harassing me and what I needed to do to stop them from harassing me and he told me that there was nothing I could do about it.

The only way to stop them was to lock the doors at all times even though that would inconvenience my customers but I had no choice. I also decided to report any more harassment to authorities.

On October 10, 2007, at 7:30 p.m., the same four officers came to my residence, armed and in plain clothes. They knocked at the glass door and windows with their flashlights but I didn't let them. They shined their flashlights and when I didn't respond, they scaled the walls and windows, peering in. I placed a call to the 5th precinct and told them what was going on and asked what they wanted. After a while the four officers mysteriously left. I never got a call back from the 5th precinct.

Two weeks later the same four Officers responded to an incident at my premises and Officer Famiano, without warning, grabbed me and threw me against the wall. He searched my pockets, grabbed my wallet and threw it about ten feet away. He started to berate me but luckily for me a vanload of officers came in. At that point Officer Famiano cooled down and didn't say much until the other officers left. Officer Wheeler advised me to leave town and that if I didn't they were going to drive me out of town. He also reminded me of an incident five years prior when he had responded to a burglary incident after I had called 911. Even though I was the victim of the burglary, he told me he never liked me then and he didn't like me now either.

After they left, I immediately called NYPD Internal Affairs Bureau and told them what happened. I also told them about all prior incidents. I also called Civilian Complaint and Review Board (CCRB), a City agency.

I was never told what action was taken by Internal Affairs Bureau. I thought that was the end of the harassments and that I would never see them again. But they struck again two weeks later on November 3, 2007, at 10:30 p.m.

A month or so later, Sergeant Crimitz saw me on the street and approached me and inquired about my having reported him especially after he had helped me, as he said. I told him I didn't have anything to say and walked away. Later that day I called the Internal Affairs Bureau and reported the encounter.

The success of these violations relied exclusively in the authority and power of the municipality and had they not been police officers, this would have been a case of Burglary, Robbery and Kidnapping.

I'm seeking $20,000,000 compensation for the violation of my rights, false arrest, malicious prosecution, emotional distress, loss of business, loss of income, loss of opportunity, loss of property, loss of funds and for the unintended consequences of a false arrest.

I am also seeking $60,000,000 in punitive damages for the reckless disregard and the crippling of the US Constitution by the NYPD, an agency of New York City government.

## IV. Injuries

Injuries suffered as a result of the police wrongdoing: Emotional distress, loss of business, loss of income, loss of home, loss of opportunity, loss of property, loss of funds and other unintended consequences of a false arrest.

4

**V. Relief**

The City of New York is responsible for the actions of these officers because it is abundantly clear that these violations were done under the power of the City, the authority of the City, the direction of the City and the City approved their actions by prosecuting me.

The City is also responsible for its negligence in not supervising its agents, who were armed, and for allowing its weapons, vehicles, facilities and agencies to be used as tools to violate my rights. All these violations were done in-house, that is, the officers' actions, though illegal in this case, were approved actions and within the confines of City's supervisory limits but the City failed in supervising these officers.

At all times during my interaction with these armed officers my rights were violated but there was nothing I could do about it other than ask the 5th Precinct staff, and the responsible city agencies, the NYPD Internal Affairs Bureau and the Civilian Complaint and Review Board to correct the problem by directing better behavior by the particular police officers involved. Whatever they did about my complaints, if anything, did not change the police officers' practice or attitude of hostility and thus I turn to the courts in the hope of remedy.

**Wherefore**, I seek a trial to prove my claims of police misconduct, the resultant harm, and the failure of police supervision and City's agencies responsible for preventing and correcting such improper police behavior, despite my notifications and urging to correct.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__MAKAU NZOMO__

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

10 Civ. 8530 (LTS)(SLC)

- against -

__NEW YORK CITY__

**AFFIRMATION OF SERVICE**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, __MAKAU NZOMO__, declare under penalty of perjury that I have
(name)

served a copy of the attached __COMPLAINT__
(document you are serving)

upon __NEW YORK CITY__ whose address is
(name of person served)

__100 CHURCH ST NEW YORK, NY 10007__
(where you served document)

by __PERSONAL DELIVERY__
(how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: __NEW YORK__, __NY__
        (town/city)      (state)

__JUNE__ __29__, 20__12__
(month)  (day)  (year)

Signature

Address: __155 W 68 St #1909__

City, State: __NEW YORK, NY__

Zip Code: __10023__

Telephone Number

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____MAKAU NZOMO_____

(List the name(s) of the plaintiff(s)/petitioner(s).)

10 Civ. 8530 (RA)(JLC)

- against -

**AFFIRMATION OF SERVICE**

NYC, OFFICER WHEELER
OFFICER LANG, OFFICER FAMIANO
SERGEANT CRIMITZ

(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) __MAKAU NZOMO__, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): __SECOND AMENDED COMPLAINT__

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) __HAND DELIVERY__ to the following persons (list the names and addresses of the people you served): __NEW YORK CITY, OFFICER WHEELER, OFFICER LANG, OFFICER FAMIANO & SERGEANT CRIMITZ__

on (date you served the document(s)) __MARCH 1, 2013__

__MARCH 1, 2013__
Dated

Signature
__150 W 68 St__
Address
__NY, NY__
City, State
__10023__
Zip

Telephone Number

E-Mail Address

Rev. 01/2013